# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID TURNER, | Case No. 2:17-cv-02490-MCE (ACX) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE MOTIONS FOR JUDGMENT BY LESS THAN 90 DAYS** |
| vs. | |
| THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA; RADIOLOGICAL ASSOCIATES OF SACRAMENTO LONG TERM DISABILITY BENEFITS PLAN, | Judge: Hon. Morrison C. England, Jr. |
| | Complaint Filed: November 27, 2017 |
| Defendants. | |

The Court having reviewed the Stipulation to extend time to file motions for judgment, filed by Plaintiff JOHN DAVID TURNER ("Plaintiff") and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), finds that good cause exists to enter an order approving said Stipulation. Accordingly, IT IS HEREBY ORDERED that the following dates are calendared:

August 16, 2019: Parties file opening Rule 52 Motions for Judgment

August 30, 2019: Parties file responsive Rule 52 Motions for Judgment

September 19, 2019, at 2:00 p.m.: Hearing on Motions for Judgment

IT IS SO ORDERED.

Dated: May 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE