# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DAVID TURNER,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA; RADIOLOGICAL ASSOCIATES OF SACRAMENTO LONG TERM DISABILITY BENEFITS PLAN,<br><br>Defendants. | Case No. 2:17-cv-02490-MCE (ACX)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: November 27, 2017 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is DISMISSED in its entirety as to all defendants with prejudice., each party to bear his or its own attorneys' fees and costs in this matter. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

170599.1